IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00456-PAB-CBS

THE KONG COMPANY, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

NINA OTTOSSON, an individual,
ZOO ACTIVE PRODUCTS AB, a Swedish company, and
THE COMPANY OF ANIMALS, LLC,
a Connecticut limited liability company,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

This matter is before the Court on the parties' Stipulation of Dismissal Without Prejudice [Docket No. 50] and plaintiff's Notice of Dismissal Without Prejudice [Docket No. 51]. The Court having reviewed the Stipulation and Notice, it is

**ORDERED** that this case is dismissed in its entirety without prejudice, with each party to bear its own attorney's fees and costs.  It is further

**ORDERED** that plaintiff's motion for summary judgment [Docket No. 30] and motion for entry of judgment [Docket No. 33] are denied as moot.

DATED January 10, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge